UNITED STATES DISTRICT COURT
SOUTHERN DISCTRICT OF NEW YORK

| | |
|---|---|
| IN RE THE APPLICATION OF PUBLIC JOINT-STOCK COMPANY ALROSA<br><br>REQUEST FOR *EX PARTE* DISCOVERY PURSUANT TO 28 U.S.C. §1782. | Civil Action No. 19-Misc.- 00184 |

## ORDER

AND NOW, this __ day of _____, 2020, upon consideration of Applicant ALROSA's motion to serve additional subpoenas under 28 U.S.C. §1782 ("Motion"), it is hereby ORDERED that ALROSA's Motion is GRANTED. Furthermore:

1. ALROSA is hereby authorized to issue and serve a subpoenas on Safra National Bank of New York and M.Y. Safra Bank (collectively, the "Safra Banks") to obtain account records of MD Traders Ltd., MD America Trading, Inc. and Underwater Manpower Society Ltd., including account-opening forms and all transactions, February 2015 to December 2018.

2. ALROSA is hereby authorized to issue and serve subpoenas on the New York Banks and for the production of the following documents:

   Wire-transfer and account information from the New York Banks regarding MD America Trading, Inc., David Mishal and Yuri Neumin, former executives at CATOCA, from February 2015 to December 2018.

1

3. The New York Banks[1] and the Safra Banks are hereby directed to produce the documents requested in their respective subpoenas within twenty-one days of service of the subpoena and as required under the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Southern District of New York.

4. This Court retains jurisdiction over this matter for the purpose of enforcement and assessing any supplemental request for discovery assistance that may be requested by the Applicant.

**BY THE COURT:**

_____
U.S.D.J.

---

[1] The New York Banks are: Bank of America, N.A.; the Bank of New York Mellon; Capital One, N.A.; Capital One Bank (USA), N.A.; Citibank, N.A.; Commerzbank, N.A.; Deutsche Bank; Deutsche Bank Trust Company Americas; HSBC Bank USA, N.A.; JPMorgan Chase, N.A.; Wells Fargo, N.A.; PNC Bank, N.A.; Pittsburgh PA; Standard Chartered Bank; Barclays Bank, PLC; BNP Paribas S.A.; and UBS A.G. (collectively, "the New York Banks")