

1835 Market Street, 17th Floor<br>
Philadelphia, PA 19103<br>
Tel: +1 (215) 569-8901<br>
Fax: +1 (215) 569-8912<br>
marks@mslegal.com<br>
www.marks-sokolov.com

May 11, 2020

<u>Via ECF</u>
The Honorable Paul G. Gardephe
United States District Court for the Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

      Re: *In re Application of Public Joint-Stock Company ALROSA Request for Ex Parte Discovery Pursuant to 28 U.S.C. §1782*; Case No. 19-mc-00184 (PGG)

Dear Judge Gardephe:

    I am writing on behalf of Applicant Public Joint-Stock Company ALROSA to inquire as to the status of its letter motion filed on February 27, 2020 requesting permission to serve additional subpoenas to obtain discovery for use in contemplated foreign proceedings under 28 U.S.C. §1782 based on information learned in initial discovery. Letter Motion, ECF12.

    ALROSA's February 27, 2020 letter motion was served on future defendant Sergey Amelin to his last known email address and by post. Return of Service, ECF13. Mr. Amelin has not filed opposition to ALROSA's letter motion.

    If there is anything else the Court requires from ALROSA with regard to its letter motion, please let me know.

                        Sincerely,
                          */s/ Bruce S. Marks*
            For:   Marks & Sokolov LLC

Cc: Sergey Amelin (via email)