UNITED STATES DISTRICT COURT
SOUTHERN DISCTRICT OF NEW YORK

| | |
|---|---|
| IN RE THE APPLICATION OF PUBLIC JOINT-STOCK COMPANY ALROSA<br><br>REQUEST FOR *EX PARTE* DISCOVERY PURSUANT TO 28 U.S.C. §1782. | Civil Action No. 19-Misc.-00184 |

## ORDER

AND NOW, this 1st day of  September , 2020, upon consideration of Applicant ALROSA's motion to serve additional subpoenas under 28 U.S.C. §1782 ("Motion"), it is hereby ORDERED that ALROSA's Motion is GRANTED. Furthermore:

1. ALROSA is hereby authorized to issue and serve a subpoena on Safra Bank to obtain account records related to Rodrigo Khouri Duarte and SDBCI IMPORTACAO EXPORTACAO DE MAQUINAS INDUSTRIAIS LTDA, including account-opening forms and all transactions, from February 2015 to August 2018.

2. ALROSA is hereby authorized to issue and serve subpoenas on the New York Banks and for the production of the following documents:
Wire-transfer and account information from the New York Banks regarding AZK MINING LIMITED, BRIMA LIMITED, PROJECTS AND SOLUTIONS OU, RODRIGO KHOURI DUARTE and SDBCI IMPORTACAO EXPORTACAO DE MAQUINAS INDUSTRIAIS LTDA from February 2015 to August 2018.

3. The New York Banks and Safra National Bank are hereby directed to produce the documents requested in their respective subpoenas within twenty-one days of service

1

of the subpoena and as required under the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Southern District of New York.

4. This Court retains jurisdiction over this matter for the purpose of enforcement and assessing any supplemental request for discovery assistance that may be requested by the Applicant.

**BY THE COURT:**

_____
Paul S. Gardephe
U.S.D.J.

Dated: September 1, 2020